## Commonwealth *v.* Trowery, Appellant.

Argued June 13, 1969. *C. Barry Buckley,* for appellant; *William H. Lamb,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.